IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 24 CR 34 |
| ) | |
| v. ) | |
| ) | Hon. Lindsey C. Jenkins |
| LUIS ARROYO-TELLES ) | |

### UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Luis Arroyo-Telles respectfully submits this motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of this request, Mr. Arroyo-Telles states the following:

1. On September 14, 2022, Mr. Arroyo-Telles was indicted in the District of Arizona. *United States v. Arroyo-Telles*, No. 22CR01995 (D. Ariz) Dkt. 6.

2. On October 21, 2022 Mr. Arroyo-Telles pled guilty to illegal reentry in violation of 18 U.S.C. §1326. Dkt. 13. He was thereafter sentenced to a term of time served with 36 months of supervised release to follow. Dkt. 23.

3. On January 12, 2024, probation filed a request to transfer jurisdiction of his supervision to the northern district of Illinois. Dkt. 24.

4. The northern district of Illinois accepted jurisdiction in case 24 CR 34 on January 18, 2024. Dkt. 1.

5. According to Mr. Arroyo-Telles' probation officer, Leslie Culp, Mr. Arroyo-Telles has been on supervised release since October 23, 2023. Thus, Mr.

Arroyo-Telles has served over one year of his supervised release term and is eligible for early termination of supervised release pursuant to 18 U.S.C. §3583(e)(1).

6. Since being released from custody, Mr. Arroyo-Telles has lived with his daughter, maintained employment, and has fulfilled all of the conditions of his supervised release. According to his probation officer he only reports monthly on an electronic basis and is on the low intensity caseload. He does not owe any money, and has no outstanding conditions of supervised release to complete.

7. Defense counsel has spoken with Mr. Arroyo-Telles' current U.S. Probation Officer, Leslie Culp, who has relayed Mr. Attoyo-Telles' perfect compliance with the conditions of his supervised release. Ms. Culp has relayed that the U.S. Probation Department does not object to early termination of supervised release.

8. Defense counsel has reached out to AUSA Hanna Helwig, who stated that the government does not oppose this motion. Therefore, this motion is unopposed.

WHEREFORE, for reasons stated above, Ms. Arroyo-Telles humbly requests that this Court grant his motion for early termination of supervised release.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John Murphy
Executive Director

By: *s/ Emily Hosseini*
Emily Hosseini
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8300